# HAWKINS v. SINCLAIR.

(140 N. W. 239.)

Opinion filed January 3, 1913.

Motion by appellant to advance the cause upon the calendar of this court.

Motion granted.

*Knauf & Knauf,* for appellant.

*Carr & Kneeland* and *S. E. Ellsworth,* for respondent.

PER CURIAM. The motion in this case presenting the same questions that were just determined by us in the case of Burger v. Sinclair, ante, 315, 140 N. W. 231, the decision in that case controls this. The same order is accordingly ordered to be entered herein.

---

# HAWKINS v. SINCLAIR.

(140 N. W. 239.)

Opinion filed November 20, 1912. Rehearing denied Jaunary 7, 1913.

Motion by respondent to dismiss the appeal and also to vacate an order made by a judge of this court permitting a supersedeas undertaking on appeal to be given.

The motion denied and second motion granted.

*Carr & Kneeland* and *S. E. Ellsworth,* for respondent.

*Knauf & Knauf,* for appellant.

PER CURIAM. The motions in the case at bar present the same questions that were just decided by us in the case of Burger v. Sinclair, post, 326, 140 N. W. 235, and the decision in that case controls this. The same order will accordingly be made herein with the exception that no costs are allowed.

Goss, J., being disqualified, did not participate.